# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MERRELL LOGISTICS, LLC;<br>MERRELL TRANSPORT, LLC;<br>SOUTHERN GLAZER'S WINE AND SPIRITS OF OKLAHOMA, LLLP, by and through MERRELL TRANSPORT, LLC,<br><br>        Plaintiffs,<br>vs.<br><br>DMFL EXPRESS, INC.; and,<br>CANOPIUS US INSURANCE, INC.,<br><br>        Defendants. | Case No. 23-cv-00291-GKF-MTS |

## ORDER GRANTING UNOPPOSED MOTION TO REMAND

On the 7th day of August, 2023 this matter came before the Court on the Unopposed Motion to Remand [Dkt 11] filed by the Plaintiffs Merrell Logistics, LLC; Merrell Transport, LLC and Southern Glazer's Wine and Spirits of Oklahoma, LLLP. For good cause shown the Court, FINDS and ORDERS that the Unopposed Motion to Remand should be and is hereby granted, and that this matter is remanded to the District Court for Tulsa County, State of Oklahoma pursuant to 28 U.S.C. § 1447.

IT IS SO ORDERED this 7th day of August, 2023.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma

Approved as to form:

*s/ Heath E. Hardcastle*
Heath E. Hardcastle, OBA #14247
K. Blair Pallarez, OBA # 33519
ALBRIGHT, RUSHER & HARDCASTLE
2600 Bank of America Center
15 West Sixth Street
Tulsa, OK  74119-5434
hehardcastle@arhlaw.com
blair.pallarez@arhlaw.com
Telephone: (918) 583-5800
Facsimile: (918) 583-8665
ATTORNEYS FOR PLAINTIFFS


*s/ Michael T. Maloan*
Michael T. Maloan, OBA # 15097
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
Fax: (405) 232-3462
michaelmaloan@oklahomacounsel.com
ATTORNEYS FOR DEFENDANT
CANOPIUS US INSURANCE INC.